**COLORADO CIVIL RIGHTS COMMISSION, Petitioner,**

and

**Amy J. Budde, Complainant,**

v.

**TRAVELERS INSURANCE COMPANY and Miles & McManus, Respondents.**

No. 86SC159.

Supreme Court of Colorado, En Banc.

Nov. 17, 1986.

Petition for Writ of Certiorari GRANTED.